IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC. F/K/A MOSAID TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> LSI CORPORATION, and AGERE SYSTEMS, LLC, <br><br> Involuntary Plaintiffs, <br><br> v. <br><br> XILINX, INC., ET AL <br><br> Defendants. | C.A. No.: 6:12-cv-00847-RWS <br> CONSOLIDATED WITH 6:12CV848 <br><br> JURY TRIAL DEMANDED |

**ORDER**

The Court, having considered the Parties' Motion to Enter Joint Stipulation of Dismissal as an Order, has determined that said Motion should be granted.

**IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Enter Joint Stipulation of Dismissal as an Order is **GRANTED** and that Plaintiffs' claims against Defendant STMicroelectronics, Inc., in Case No. 6:12-cv-00848-RWS be, and hereby are, dismissed with prejudice.  All defenses or counterclaims that Defendant raised are dismissed without prejudice. The parties shall each bear their own costs and expenses, including attorneys' fees.

All motions by either party not previously ruled on are hereby DENIED.

**SIGNED this 15th day of April, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE